Petitioner's informal brief is due within 21 days from the date of filing of this order.

Leila YOUNG, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 06–3031.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2005.

Leila Young, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rodney C. MATTHEWS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 06–3035.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2005.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

In re GERDES GMBH OF KERPEN-SINDORF, Germany, Gerdes GMBH of Schortens, Germany, Gerdes Bvba, Theodor Gerdes, Ralf Gerdes, and Monika Gerdes, Petitioners.

Misc. No. 800.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2005.